IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PRECISION IBC, INC., | : | |
| Plaintiff, | : | |
| vs. | : | CA 15-00637-C |
| PHOENIX CHEMICAL TECHNOLOGIES, LLC, | : : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on March 28, 2017, (Doc. 58), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Precision IBC, Inc.'s, Motion for Summary Judgment, (Doc. 45), is **GRANTED** and judgment is hereby **ENTERED** against Defendant Phoenix Chemical Technologies, LLC, and in favor of Plaintiff Precision IBC, Inc., in the amount of **$185,433.66**, which consists of **$150,931.66** of contractual damages (unpaid rental fees, interest, and replacement cost value of equipment); **$2,080.50** of attorneys' fees awarded by the Court in its December 1, 2016, Order, (Doc. 44); and **$32,421.50** of attorneys' fees and expenses awarded by the Court in its memorandum opinion and order granting in part Plaintiff Precision IBC, Inc.'s, Request for and Submission in Support of Attorney's Fees and Expenses, (Doc. 52).

**DONE** and **ORDERED** this the 19th day of April 2017.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**